No. 631. CASEBEER v. HUDSPETH, WARDEN. See *ante,* p. 662.

No. 744. POSEY v. UNITED STATES. See *ante,* p. 663.

No. 755. GRIFFIN, ADMINISTRATOR, v. McCOACH, TRUSTEE. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Jos. W. Bailey, Jr.* for petitioner. *Mr. Carl B. Callaway* for respondent.

No. 79. CITY COMPANY OF NEW YORK, INC. v. STERN; and
No. 89. CHASE SECURITIES CORP. v. VOGEL. See *ante,* p. 666.

No. 776. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. NEBRASKA BRIDGE SUPPLY & LUMBER CO. See *ante,* p. 666.

No. 789. CANTEY v. McLAIN LINE, INC., ET AL. See *ante,* p. 667.

No. 277. AUTOMATIC DEVICES CORP. v. SINKO TOOL & MFG. CO. See *post,* p. 711.